# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jonathan Matthew Mireles,<br><br>                Plaintiff,<br><br>    v.<br><br>Valley Hospital, et al.,<br><br>                Defendants. | Case No. 2:21-cv-00526-GMN-BNW<br><br>**ORDER** |

Court records indicate that the address Plaintiff provided to the Court (in Henderson, Nevada) is not valid. Additionally, from Plaintiff's application to proceed *in forma pauperis*, it appears that Plaintiff may be housed at Lakes Crossing Center in Sparks, Nevada. *See* ECF No. 1 at 5. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiff must file a notice with his current address with the Court by April 23, 2021. Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.

Additionally, the Court reviewed Plaintiff's application to proceed *in forma pauperis*. ECF No. 1. In it, Plaintiff indicated that he receives $1,104 per month in disability, social security, or other benefits. *Id.* at 2. Plaintiff also submitted his account statement from the facility where he appears to be detained (Lakes Crossing Center), which does not reflect that Plaintiff is receiving this $1,104. *See id.* at 5. Accordingly, the Court will order Plaintiff to supplement his *in*

*forma pauperis* application and tell the Court whether he has access to this $1,104 per month, and if not, why this is so.

**IT IS ORDERED** that Plaintiff must file a notice with his current address with the Court by April 23, 2021. Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.

**IT IS FURTHER ORDERED** that Plaintiff must file a notice with the Court by April 23, 2021 telling the Court whether he has access to this $1,104 per month, and if not, why this is so.

DATED: April 2, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE