# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jonathan Matthew Mireles,<br><br>    Plaintiff,<br><br> v.<br><br>Valley Hospital, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00526-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On April 2, 2021, the Court ordered Plaintiff to update his address by April 23, 2021, as court records indicated that the address Plaintiff provided to the Court (in Henderson, Nevada) was not valid. Additionally, from Plaintiff's application to proceed *in forma pauperis*, it appeared that Plaintiff may be housed at Lakes Crossing Center in Sparks, Nevada. *See* ECF Nos. 1, 3. The Court further advised Plaintiff that if he did not comply with the Court's order, the Court may recommend dismissing his case. ECF No. 3. Plaintiff has not complied with the Court's order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 3, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE