**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jonathan Matthew Mireles,  )
                                    Plaintiff,  )     Case No.: 2:21-cv-00526-GMN-BNW
    vs.  )
                                                   )     **ORDER**
Valley Hospital, et al.,  )
                                   Defendant.  )

Pending before the Court is the Report and Recommendation, (ECF No. 4), of United States Magistrate Judge Brenda M. Weksler, which states that this case should be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 4) (setting a May 17, 2021, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *in forma pauperis*, (ECF No. 1), is **DENIED as moot**.

The Clerk is instructed to close the case.

Dated this 18 day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court